**Electronically Filed**
**Supreme Court**
**SCWC-16-0000666**
**08-DEC-2020**
**07:59 AM**
**Dkt. 11 OGAC**

SCWC-16-0000666

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

IN THE MATTER OF THE ARBITRATION BETWEEN

UNITED PUBLIC WORKERS, AFSCME, Local 646, AFL-CIO,
Respondent/Union-Appellant,
and
STATE OF HAWAIʻI, DEPARTMENT OF TRANSPORTATION,
LA-15-02 (Glenn Tanaka) (2016-0003),
Petitioner/Employer-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000666; CASE NO. 1SP161000081)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ.,
and Circuit Judge Eddins, assigned by reason of vacancy)

Petitioner State of Hawaiʻi's application for writ of

certiorari filed on November 4, 2020, is hereby accepted and

will be scheduled for oral argument. The parties will be

notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawaiʻi, December 8, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

